UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMPIRE COMMUNITY DEVELOPMENT, LLC,      22-cv-04046-RPK-VMS
                Plaintiff,

                                    NOTICE OF MOTION FOR
        -against-                       DEFAULT JUDGMENT OF
                                      FORECLOSURE AND SALE
JHON CAMPOVERDE, MERS AS NOMINEE
FOR INDYMAC BANK, FSB,
                Defendant(s).
-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated November 21, 2022, and the accompanying Memorandum of Law, also dated September 30, 2022, as well as the Affidavit of Damitria Anderson, sworn to on November 16, 2022, and upon all prior pleadings, papers and proceedings had heretofore, Empire Community Development, LLC, Plaintiff herein, by and through its attorneys The Margolin & Weinreb Law Group, LLP, will move this court before The Honorable Rachel P. Kovner, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time so designate by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's Office, United States District Court for the Eastern District of New York, and by the undersigned, The Margolin & Weinreb Law Group, LLP, 165 Eileen Way, Suite 101, Syosset, NY 11791, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Syosset, New York
       November 21, 2022

                    THE MARGOLIN & WEINREB
                    LAW GROUP, LLP

                    By: /s/ Alan H. Weinreb

                      ALAN H. WEINREB, ESQ. (AW 9361)
                      Attorneys for Plaintiff
                      165 Eileen Way, Suite 101
                      Syosset, NY 11791
                      (516) 945-6055
                      alan@nyfclaw.com