UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EMPIRE COMMUNITY DEVELOPMENT, LLC,   22-cv-04046-RPK-VMS
                     Plaintiff,

                                                                                                                  NOTICE OF MOTION FOR
                 -against-                                 DEFAULT JUDGMENT OF
                                                                                                       FORECLOSURE AND SALE

JHON CAMPOVERDE, MERS AS NOMINEE
FOR INDYMAC BANK, FSB,
                     Defendant(s).
----------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated December 11, 2023, and the accompanying Memorandum of Law, also dated December 11, 2023, as well as the Affidavit of Jem Farmer, sworn to on November 9, 2023, and upon all prior pleadings, papers and proceedings had heretofore, Empire Community Development, LLC, Plaintiff herein, by and through its attorneys Margolin, Weinreb & Nierer, LLP, will move this court before The Honorable Rachel P. Kovner, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

       PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's Office, United States District Court for the Eastern District of New York, and by the undersigned, Margolin, Weinreb & Nierer, LLP, 165 Eileen Way, Suite 101, Syosset, NY 11791, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Syosset, New York
December 11, 2023

                              MARGOLIN, WEINREB & NIERER, LLP

                              By: /s/ Alan H. Weinreb

                                  ALAN H. WEINREB, ESQ. (AW 9361)
                                  Attorneys for Plaintiff
                                  165 Eileen Way, Suite 101
                                  Syosset, NY 11791
                                  (516) 945-6055
                                  alan@nyfclaw.com