UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EMPIRE COMMUNITY DEVELOPMENT LLC,

                Plaintiff,                          JUDGMENT

                  v.                              22-cv-4046 (RPK) (VMS)

JHON CAMPOVERDE, MERS AS NOMINEE
FOR INDYMAC BANK, FSB,

                Defendant.
------------------------------------------------------------- X

      An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 30, 2024, adopting the Report and Recommendation of Magistrate Vera M. Scanlon, dated September 11, 2024, granting Plaintiff's motion for default judgment; ordering Defendant Jhon Campoverde to pay plaintiff (1) $286,679.35 in damages, consisting of $156,365.67 in unpaid principal and $130,313.68 in past-due interest through 11/7/2023; and (2) per diem interest of $47.98 from 11/8/2023 until the date judgment is entered; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above and the interest being $15,785.42; it is

      ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; that Defendant Jhon Campoverde is ordered to pay plaintiff a total amount of $302,464.77; that Defendant MERSs prior mortgage on the Subject Property is declared invalid and extinguished, and record of that mortgage is ordered to be cancelled and discharged from the New York Real Property record, pursuant to Article 15 of New Yorks Real Property Actions & Proceedings Law; that the proposed judgment of foreclosure and sale at 24 Ex. A is so-ordered, and the foreclosure and sale of the Subject Property, as defined in the R. & R., shall proceed as set forth in that judgment under the direction of Susan Ellen Rizos, Esq. as referee; and that for her services as referee, Susan Ellen Rizos, Esq. shall be paid $750.00 from the proceeds of the sale.

Dated: Brooklyn, NY
      October 2, 2024

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
     Deputy Clerk